UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

CASE NO: 07-2117-SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

HECTOR MANUEL RAMOS RODRIGUEZ,

      Defendant.
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $3,000.00 on or before February 26, 2007, to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a Status Conference on reimbursement will be held on February 27, 2007 @ 2:00 p.m.

DONE AND ORDERED at Key West, Florida this 12th day of February, 2007.

                                                _____
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

cc: AUSA Dan Rashbaum (MIA)
     AFPD John Wylie (MIA)
     Probation
     Financial Section