UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-2117-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR MANUEL RAMOS
RODRIGUEZ,

    Defendant.
_____/

## ORDER VACATING APPOINTMENT AS COUNSEL

In appearing that Hector Manuel Ramos Rodriguez has retained Martin J. Beguiristain, Esquire, 13368 S.W. 128th Street, Miami, Florida 33186-5807, to represent him in this case, it is

**ORDERED** that the Federal Public Defender's Motion to Vacate Appointment as Counsel is hereby **_GRANTED_** and the Federal Public Defender is relieved of further responsibility in this case.

**DONE AND ORDERED** in the Southern District of Florida this 21st day of February, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    Stewart G. Abrams, AFPD
       United States Attorney's Office
       Martin J. Beguiristain, Esq.
       Hector Manuel Ramos Rodriguez, Defendant