UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2117-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR MANUEL RAMOS RODRIGUEZ,

    Defendant.
_____/

**ORDER VACATING ORDER ON PARTIAL INDIGENCY
FOR APPOINTMENT OF COUNSEL
AND DISTRIBUTION OF AVAILABLE FUNDS**

This cause is before the Court sua sponte. It is hereby

ORDERED AND ADJUDGED that the Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds signed on February 12, 2007 (DE 7), directing the defendant **Hector Manuel Ramos Rodriguez** to pay $3,000.00 to the Clerk of Court for deposit into the Treasury is hereby **VACATED** as the defendant has retained Martin Beguiristain, Esquire, as counsel of record.

DONE AND ORDERED in the Southern District, Florida this 21st day of February, 2006.

                                               LURANA S. SNOW
                                               UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
      Martin Beguiristain, Esq.
      Miami Financial Section
      Probation (MIA & KW)