UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2117-SNOW



UNITED STATES OF AMERICA

vs.

HECTOR MANUEL RAMOS RODRIGUEZ,

    Defendant.

_____/

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint filed in this case for the above-named material witnesses.

          R. ALEXANDER ACOSTA
          UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

2/26/07
DATE

          LURANA S. SNOW
          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Dan Rashbaum (MIA)
Martin Beguiristain, Esq.
Probation
Financial (MIA)

SCANNED

# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: HECTOR MANUEL RAMOS RODRIGUEZ (B)    CASE NO: 07-2117-SNOW
INTERPRETER: SPANISH
AUSA: DANIEL RASHBAUM /Norm    ATTY: MARTIN BEGUIRSTAIN (Ret) (pres)
AGENT: ICE - TOM COLEMAN /Hemming (pres)    VIOL: FAILURE TO HEAVE TO

PROCEEDING: PRELIM/ARRAIGNMENT    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:
BOND SET @:    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Govt moves to dismiss w/o prej

Ct grants M/Dismiss

Bond to be discharged once order for dismissal is signed

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |

DATE: Feb 26, 2007    TIME: 3:00 p.m.    KW/LSS TAPE 07-05    Begin: 221    End: 299