UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2117-SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HECTOR MANUEL RAMOS RODRIGUEZ,

       Defendant.

_____

## O R D E R

THIS CAUSE is before the Court on the defendant **Hector Manuel Ramos Rodriguez'** Unopposed Motion to Release Bond (DE 21). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. All funds in reference to the $50,000.00 -10% bond as to defendant **Hector Manuel Ramos Rodriguez** are to be returned to the depositor with all accrued interest.

DONE AND ORDERED in the Southern District of Florida this 23rd day of March, 2007.

                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Dan Rashbaum (MIA)
Martin Beguiristain, Esq.
Financial (MIA)